Case 4:21-cr-00086   Document 1   Filed on 02/25/21 in TXSD   Page 1 of 2

United States Courts
Southern District of Texas
FILED
*February 25, 2021*
Nathan Ochsner, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | CRIMINAL NO. H-21 **4:21cr86** |
| | § | |
| vs. | § | |
| | § | |
| KYRIE CASTILLO, | § | |
| ERNESTO ZAPATA, | § | |
| JUAN AUSENCIO, | § | |
| AND | § | |
| JUAN LOPEZ-LUNA | § | |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

COUNT ONE

Title 18, United States Code, §§ 844(f) –Aiding and Abetting Damaging or Destroying, by Means of Fire, Any Building Receiving Federal Financial Assistance

On or about July 15, 2020, in the Houston Division of the Southern District of Texas,

Kyrie Castillo,
Ernesto Zapata,
Juan Ausencio,
And
Juan Lopez-Luna

defendants herein, aiding and abetting each other and others known and unknown to the Grand Jury, did maliciously damage or destroy, by means of fire, a building receiving federal financial assistance.

In violation of Title 18, United States Code, §§ 844(f).

A TRUE BILL:

**Original Signature on File**
FOREMAN OF THE GRAND JURY

RYAN K. PATRICK
United States Attorney

BY: *(signature)*
JILL JENKINS STOTTS
Assistant United States Attorney

2